March 6, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

ORLANDO SALINAS, Appellant

NO. 14-12-00378-CR            V.

THE STATE OF TEXAS, Appellee
_____

This court today heard a en banc motion for rehearing filed by Appellant, Orlando Salinas. We order the motion denied, and that the former judgment of December 5, 2013, be vacated, set aside, and annulled. We further order the Majority Opinion and the Concurring and Dissenting Opinion of December 5, 2013, withdrawn.

This cause was heard on the transcript of the record of the court below. Having considered the record, this court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**, and that this decision be certified below for observance.